IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HAKEEM MILES, | § | |
| | § | No. 558, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1703001283 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 31, 2018
Decided: November 1, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **SEITZ**, Justices.

## **O R D E R**

This 1st day of November 2018, we affirm the Superior Court on the basis of its pertinent rulings on the record.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice